# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:13 cr 16-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DAVID FRANK CRISP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to an Amended Motion for Discovery (#62) filed by counsel for Defendant. At the call of this matter, it appeared that Defendant was present with his counsel, Russell L. McLean, III, and Assistant United States Attorney Richard Edwards was present on behalf of the Government. At the call of the matter on for hearing, Mr. McLean advised the Court that he wished to withdraw the Amended Motion for Discovery without prejudice. The Government had no objection.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Amended Motion for Discovery (#62) is hereby allowed to be **WITHDRAWN** and rendered **MOOT** without prejudice.

Signed: November 26, 2013

Dennis L. Howell
United States Magistrate Judge

1