# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## CRIMINAL CASE NO. 2:13-cr-00016-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| (2) DAVID FRANK CRISP; | ) | |
| (4) MITCHELL ALLEN JENKINS; and | ) | |
| (5) ROBERT WILLIE BUMGARNER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment [Doc. 158].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 158] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE** as it relates to Defendants David Frank Crisp, Mitchell Allen Jenkins, and Robert Willie Bumgarner.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge